# JUSTINE CLARE MORAN, ESQ.

November 25, 2009

**By Electronic Court Filing**
Judge Edward R. Korman
Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

     **Re.:**    **Aguirre v. N.Y. Cafe Luna Corp. et. al. Case No. 2776/09 [ERK][RER]**

To The Honorable Court:

     I am counsel to all defendants in this matter, in which the parties are pleased to advise the Court that they have reached a settlement.  In light of this, the parties request jointly that the telephone conference presently scheduled for December 1st before Magistrate Judge Reyes be adjourned *sine die*. Defendants also hereby withdraw their motion which is returnable on December 16, 2009.  The case will be discontinued as soon as the settlement documents are finalized.

        Very truly yours,

        JUSTINE CLARE MORAN

cc.:    Brian S. Schaffer, Esq.
       Fitapelli & Schaffer, LLP